IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE CARLOS VARGAS GUILLEN,<br>Defendant. | CASE NO. 2:26-CR-00174-TLN<br><br>**ORDER UNSEALING INDICTMENT** |

The United States, having arrested the defendant, Jose Carlos Vargas Guillen, on an arrest warrant and the need for unsealing the indictment has ceased;

IT IS ORDERED that the indictment and arrest warrant shall be unsealed.

IT IS SO ORDERED.

Dated: **October 1, 2026**

Erin Sury Castillo

UNITED STATES MAGISTRATE JUDGE